**SOTELO v. DREW**

[345 N.C. 750 (1997)]

THERESA L. SOTELO v. CHARLES E. DREW

No. 398A96

(Filed 11 April 1997)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 464, 473 S.E.2d 379 (1996), vacating the order entered by Aycock, J., on 4 November 1994 in District Court, Wayne County, and remanding the case to the trial court for entry of an order dismissing the Attorney General's motion pursuant to N.C. R. Civ. P. 60(b). Heard in the Supreme Court 20 March 1997.

*Michael F. Easley, Attorney General, by Elizabeth J. Weese, Assistant Attorney General, on behalf of plaintiff-appellant.*

*Warren, Kerr, Walston, Hollowell & Taylor, L.L.P., by David E. Hollowell and Richard J. Archie, for defendant-appellee.*

PER CURIAM.

AFFIRMED.